In the Matter of the Claim of GERTRUDE MESSER, Respondent, v. LEADING YOUTH CENTER, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.